# United States District Court Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GSD | E 2138547 | Johnson | J8178 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/04/2024 / 2021 | OCGA 40-6-20 |

Place of Offense: VCC

Offense Description: Factual Basis for Charge    HAZMAT ☐

Failure to obey Traffic Control Device

## DEFENDANT INFORMATION

Last Name: Mulieri
First Name: Timothy
M.I.: R

Street Address: [REDACTED]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| YLA 104 | GA | 2006 | Kawasaki | | RED |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 35 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov

$ 65 Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [illegible]

Date: 3 Jun 2024
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Not Present

Original - CVB Copy

*E2138547*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4 Mar, 20 24 while exercising my duties as a law enforcement officer in the Southern District of Georgia

At approximately 1940, Gate 1 guards requested military police at the VCC in Reference to improper Parking. Once on scene, the reversed listed vehicle was found Parking after Posted hours.

GCIC check clear

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03 04 2024
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial driver's license, CMV = Commercial vehicle involved in incident